United States District Court
Southern District of Florida

Case Number: 14-cv-61466-Williams

Jane Doe 1

    Plaintiff

Thomas Merenda and
Franklin Hartley

    Defendant

Clerk's Entry of Final Judgment

Pursuant to Federal Rules of Civil Procedures 58, and in accordance with the reasons Stated in the Court's Order [94], directing the Clerk to enter Judgment against Defendants Thomas Merenda and Franklin Hartley for the sum of $4,520,822.85.

Done and Ordered this 22nd day of September, 2016 in the Southern District of Florida.

    Steven Larimore
    Clerk of Court

    BY: s/Mercy Rodriguez
    Data Quality Analyst